IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

Eastern District of Kentucky
**FILED**

SEP 11 2014

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

JULIA REED           :
                     :
   Plaintiff,        :
                     :   Civil Action No.
v.                   :   2:12-CV-00266-WOB-JGW
                     :
AMERICAN EAGLE AIRLINES INC, :
ET AL                :
                     :
   Defendants.       :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that the Complaint be dismissed with prejudice, each party to bear her, his or its own court costs and attorneys fees. The stipulation may be filed without further notice with the Clerk of the Court pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED,

/s/ W. Kash Stilz, Jr.
W. Kash Stilz, Jr.
Roush & Stilz, P.S.C.
19 West Eleventh Street
Covington, KY 41011-3003
Telephone: (859) 291-8400
Facsimile: (859) 291-6555
Email: kash@roushandstilzlaw.com
*Attorneys for the Plaintiff*

AND

/s/ Daniel J. Fazio by authorization
Daniel J. Fazio
Michael P. Roche
Winston & Strawn LLP - Chicago
35 W. Wacker Drive
Suite 4200
Chicago, IL 60601
dfazio@winston.com
mroche@winston.com
*Attorneys for the Defendants*

/s/ Brian J. Augustine by authorization
Brian J. Augustine
Roetzel & Andress, L.P.A.
250 East Fifth Street, Suite 310
Cincinnati, OH 45202
baugustine@ralaw.com
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ W. Kash Stilz, Jr.
W. KASH STILZ, JR.

SO ORDERED:
This 11th day of September, 2014.

William O. Bertelsman
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE